UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| HOLDT ANDREWS ) | Case Number: 3:2011-cv-01392 |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| DANBARR, VERDE & ASSOCIATES, ) | |
| LLC ) | |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Holdt Andrews, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above without prejudice.

BY:  /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
bv@w-vlaw.com
Warren & Vullings, LLP
93 Old York Road, Ste. 333
Jenkintown, PA 19046
215-745-9800

ORDER

Approved.
Edwin M. Kosik
U.S. District Judge
2/7/12